[No. 9698.    Department One. — November 15, 1886.]

SANTA CLARA VALLEY MILL AND LUMBER
COMPANY, APPELLANT, *v.* BOARD OF SUPERVI-
SORS OF SANTA CRUZ COUNTY, RESPONDENT.

PRACTICE — COSTS — CLERK CANNOT ENTER JUDGMENT FOR PENDING MO-
TION TO RETAX. — The clerk of the court has no authority to enter a
judgment for cost, while a motion to retax is pending.

APPEAL from a judgment of the Superior Court of
Santa Cruz County, and from an order refusing a new
trial.

In April, 1879, the plaintiff brought an action against
the defendant to recover damages on account of the loca-
tion of a public road. Before the trial of the action, the
defendant rescinded its order concerning the location of
the road, and the action was on motion dismissed and a
judgment for costs entered against the defendant on the
30th of January, 1880. The plaintiff filed and served
its memorandum of costs on the 29th of January, 1880.
The defendant on the same day served and filed a notice
of motion to retax the costs. Pending the motion, the
plaintiff presented its claim founded on the judgment to
the defendants, and the same was rejected. The plain-
tiff thereupon brought the present proceedings by *man-
damus* to compel the defendant to allow the claim.

*Charles B. Younger,* for Appellant.

*William T. Jeter,* for Respondent.

The COURT.—The clerk had no authority to enter the
judgment for costs while a motion to retax was pending.
(*Riddell* v. *Harrell,* No. 11363, *ante,* p. 254.)

Judgment affirmed.